# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. HUMBERTO ZARABOZO                               Docket No. 3:02CR00323(DJS)

## PETITION ON PROBATION AND SUPERVISED RELEASE

2007 JAN 16  A 11: 11

**COMES NOW** Deborah S. Palmieri, Senior PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Humberto Zarabozo who was sentenced to 21 months for Bank Fraud, a violation of 18 U.S.C.§ 1344, by the Honorable Dominic J. Squatrito, Senior U.S. District Judge sitting in the Court at Hartford, Connecticut on February 18, 2003, who fixed the period of supervision at three (3) years which commenced on July 1, 2004 and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: 1)The defendant shall participate in a program for substance abuse treatment, either inpatient or outpatient, approved by the United States Probation Office, which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of the costs associated with treatment, based on his ability to pay in an amount to be determined by the U.S. Probation Office; 2)The defendant shall participate in a program for mental health treatment, either inpatient or outpatient, approved by the United States Probation Office; 3)The defendant shall provide the U.S. Probation Office with access to any requested financial information, including financial records of any business in which he may be a partner; 4)The defendant shall not incur new credit charges or open additional lines of credit without prior approval of the U.S. Probation Officer; and 5) The defendant shall pay restitution in the amount of $3,140.79 to the Central Connecticut Healthcare Credit Union. Payments shall be made at a rate of $100 per month, or as otherwise instructed by the Court, should the defendant's financial condition change. Restitution payments should be forward to Central Connecticut Health Credit Union, Attention Branch Manager, 1064 East Main Street, Meriden, Connecticut 06450. The offender's supervised release is scheduled to terminate on June 30, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Humberto Zarabozo to appear before this court at Hartford, Connecticut on _February 2, 2007_ at _11:00 AM_ to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _10th_ day of January, 2007 and ordered filed and made a part of the records in the above case.

_____
The Honorable Dominic J. Squatrito
Senior United States District Judge

Sworn to By

_Deborah S Palmieri_
Deborah S. Palmieri
Senior United States Probation Officer

Place _Hartford, CT_

Date _1-10-07_

Before me, the Honorable Dominic J. Squatrito, Senior United States District Judge, on this _10th_ day of January 2007, Senior U.S. Probation Officer Deborah S. Palmieri appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Dominic J. Squatrito
Senior United States District Judge

**Charge No. 1 - Condition Violated**
Special Condition: "The defendant shall pay restitution in the amount of $3,140.79 to the Central Connecticut Healthcare Credit Union. Payments shall be made at a rate of $100 per month, or as otherwise instructed by the Court, should the defendant's financial condition change. Restitution payments should be forward to Central Connecticut Health Credit Union, Attention Branch Manager, 1064 East Main Street, Meriden, Connecticut 06450."

The offender's last restitution payment was January 30, 2006. The offender has only made four restitution payments since his release from imprisonment on July 1, 2004. The current balance of restitution is $2985.79.

**Charge No. 2 - Condition Violated**
Mandatory Condition: "You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer."

On January 4, 2005 and February 3, 2005 the offender tested positive for cocaine. During office visits on May 22, 2006, and June 6, 2006, the offender admitted that he had used cocaine and marijuana several days prior to reporting to the Probation Office. On August 8, 2006 the offender admitted to the probation officer that he used cocaine.

**Charge No. 3 - Condition Violated**
Standard Condition: "You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

The offender failed to report to the Probation Office on April 20, 2006, June 15 and 22, 2006, August 24, 2006, September 5, 2006, October 5, 2006, and November 7 and 16, 2006. The offender has not submitted monthly supervision reports for July, September, October and November 2006.

**Charge No. 4 - Condition Violated**
Standard Condition: "You shall notify the probation officer ten days prior to any change in residence or employment."

The offender has had four employments during 2005 and 2006, all of which he has failed to report when he started these jobs and/or when he terminated the jobs.