UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA            :

   v.                               : CASE NO. 3:02CR323 (DJS)

HUMBERTO ZARABOZO                    :


### TRANSFER ORDER

In the interest of justice, the above captioned case is hereby transferred to the Honorable *Mark R. Kravitz*, United States District Judge. All further pleadings or documents in this matter should be filed with the Clerk's Office in New Haven, Connecticut and bear the docket number 3:02CR323 *MRK*. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled.

   It is so **ORDERED**.

   Dated at Hartford, Connecticut this 19th day of January 2007.

                                    /s/ DJS
                                    Dominic J. Squatrito
                                    U.S. District Judge