UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                                    Criminal No. 3:02CR00323(DJS/MRK)

HUMBERTO ZARABOZA

### ORDER FINDING A VIOLATION OF SUPERVISED RELEASE

### AND CONTINUING SUPERVISION

On February 18, 2003, the defendant was sentenced to 21 months imprisonment followed by three years supervised release for Bank Fraud, and subject to the standard and special conditions as outlined in the original judgment of the Court.

WHEREAS, at a hearing before this Court on February 9, 2007, Mr. Zarabozo, who was represented by counsel and given an opportunity to be heard, was found to have violated the standard conditions of supervised release in that he has failed to report to the Probation Office as directed and failed to report changes in employment to the Probation Office. Mr. Zarabozo also violated the special condition of supervised release in that he failed to pay restitution as required.

IT IS ORDERED that Mr. Zarabozo's term of supervised release will be extended one (1) year and the conditions of supervised release are modified to include a special condition requiring that Mr. Zarabozo reside in community confinement for a period of four (4) months. The special conditions originally ordered by the Court will continue to remain in effect.

Signed and dated at New Haven, Connecticut, this 13th day of February 2007.

_____
Mark R. Kravitz
United States District Judge