# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. HUMBERTO ZARABOZO            Docket No. 3:02CR00323(MRK)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Deborah S. Palmieri, Senior PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Humberto Zarabozo who was sentenced to 21 months' imprisonment for Bank Fraud, a violation of 18 U.S.C.§ 1344, by the Honorable Dominic J. Squatrito, Senior U.S. District Judge sitting in the Court at Hartford, Connecticut on February 18, 2003, who fixed the period of supervision at three (3) years which commenced on July 1, 2004 and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: 1)The defendant shall participate in a program for substance abuse treatment, either inpatient or outpatient, approved by the United States Probation Office, which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of the costs associated with treatment, based on his ability to pay in an amount to be determined by the U.S. Probation Office; 2)The defendant shall participate in a program for mental health treatment, either inpatient or outpatient, approved by the United States Probation Office; 3)The defendant shall provide the U.S. Probation Office with access to any requested financial information, including financial records of any business in which he may be a partner; 4)The defendant shall not incur new credit charges or open additional lines of credit without prior approval of the U.S. Probation Officer; and 5) The defendant shall pay restitution in the amount of $3,140.79 to the Central Connecticut Healthcare Credit Union. Payments shall be made at a rate of $100 per month, or as otherwise instructed by the Court, should the defendant's financial condition change. Restitution payments should be forward to Central Connecticut Health Credit Union, Attention Branch Manager, 1064 East Main Street, Meriden, Connecticut 06450. The offender's supervised release is scheduled to terminate on June 30, 2007.

On February 9, 2007, the offender appeared before the Honorable Mark R. Kravitz, U.S. District Judge for a Violation of Supervised Release hearing and admitted to violating the conditions of supervision by not reporting to the Probation Office, changing employment without notifying the Probation Office and not paying restitution as ordered by the Court. The defendant was continued on supervised release with the same conditions as originally imposed and an additional special condition requiring the offender to reside in community confinement for a period of four (4) months.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
The defendant is being cited for violating the following conditions of supervised release:

### Charge No. 1- Condition Violated
Special Condition: "The defendant will reside in community confinement at the halfway house for a period of four (4) months. While living at the halfway house and shall observe the rules of the halfway house."

On May 31, 2007, Mr. Zarabozo was discharged from the halfway house for noncompliance.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Humberto Zarabozo to appear before this court at New Haven, Connecticut on _June 25, 2007_ at _11:30am_ to show cause why supervision should not be revoked.

### ORDER OF COURT

Considered and ordered this _14th_ day of June, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Mark R. Kravitz
United States District Judge

Sworn to By

_Deborah S. Palmieri_
Senior United States Probation Officer

Place _New Haven, CT_

Date _6/14/07_

Before me, the Honorable Mark R. Kravitz, United States District Judge, on this _14th_ day of June 2007, Senior U.S. Probation Officer Deborah S. Palmieri appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Mark R. Kravitz
United States District Judge