UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.

HUMBERTO ZARABOZO

Criminal No. 3:02CR00323(DJS/MRK)

FILED
2007 JUN 28  A 10: 03
U.S.

## ORDER FINDING A VIOLATION OF SUPERVISED RELEASE

### AND CONTINUING SUPERVISION

On February 18, 2003, the defendant was sentenced to 21 months imprisonment followed by three years supervised release for Bank Fraud, and subject to the standard and special conditions as outlined in the original judgment of the Court.

On February 9, 2007, at a hearing before this Court, Mr. Zarabozo, who was represented by counsel and given an opportunity to be heard, was found to have violated the standard conditions of supervised release in that he has failed to report to the Probation Office as directed and failed to report changes in employment to the Probation Office. Mr. Zarabozo also violated the special condition of supervised release in that he failed to pay restitution as required. Mr. Zarabozo's term of supervised release was extended one (1) year and the conditions of supervised release were modified to include a special condition requiring Mr. Zarabozo reside in community confinement for a period of four (4) months. The special conditions originally ordered by the Court were ordered remain in effect.

WHEREAS, at a hearing before this Court on June 25, 2007, Mr. Zarabozo, who was represented by counsel and given an opportunity to be heard, was found to have

violated the special condition of supervised release that he reside in community confinement for a period of four (4) months and to observe the rules of the facility. Mr. Zarabozo was discharged from the community confinement for failure to comply with the rules of the halfway house.

IT IS ORDERED that Mr. Zarabozo's term of supervised release be continued and the conditions of supervised release be modified to include special conditions requiring that Mr. Zarabozo be placed on home confinement with electronic monitoring for a period of 90 days. Mr. Zarabozo will not be responsible for payment of electronic monitoring. He will pay restitution as previously imposed at the rate of no less than $60.00 per month. The special conditions originally ordered by the Court will continue to remain in effect.

Signed and dated at New Haven, Connecticut, this __28th__ day of June 2007.

_____
Hon. Mark R. Kravitz
United States District Judge