# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. HUMBERTO ZARABOZO

Docket No. 3:02CR00323(MRK)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Deborah S. Palmieri, Senior PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Humberto Zarabozo who was sentenced to 21 months' imprisonment for Bank Fraud, a violation of 18 U.S.C.§ 1344, by the Honorable Dominic J. Squatrito, Senior U.S. District Judge sitting in the Court at Hartford, Connecticut on February 18, 2003, who fixed the period of supervision at three (3) years which commenced on July 1, 2004 and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: 1)The defendant shall participate in a program for substance abuse treatment, either inpatient or outpatient, approved by the United States Probation Office, which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of the costs associated with treatment, based on his ability to pay in an amount to be determined by the U.S. Probation Office; 2)The defendant shall participate in a program for mental health treatment, either inpatient or outpatient, approved by the United States Probation Office; 3)The defendant shall provide the U.S. Probation Office with access to any requested financial information, including financial records of any business in which he may be a partner; 4)The defendant shall not incur new credit charges or open additional lines of credit without prior approval of the U.S. Probation Officer; and 5) The defendant shall pay restitution in the amount of $3,140.79 to the Central Connecticut Healthcare Credit Union. Payments shall be made at a rate of $100 per month, or as otherwise instructed by the Court, should the defendant's financial condition change. Restitution payments should be forward to Central Connecticut Health Credit Union, Attention Branch Manager, 1064 East Main Street, Meriden, Connecticut 06450. The offender's supervised release is scheduled to terminate on June 30, 2007.

On February 9, 2007, the offender appeared before the Honorable Mark R. Kravitz, U.S. District Judge for a Violation of Supervised Release hearing and admitted to violating the conditions of supervision by not reporting to the Probation Office, changing employment without notifying the Probation Office and not paying restitution as ordered by the Court. The defendant was continued on supervised release with the same conditions as originally imposed and an additional special condition requiring the offender to reside in community confinement for a period of four (4) months.

On June 25, 2007, the offender appeared before the Honorable Mark R. Kravitz, U.S. District Judge for Violation of Supervised Release hearing and admitted to violating the condition of supervised release by not following the rules of the halfway house and being unsuccessfully discharged. The defendant was continued on supervised release with the same conditions as originally imposed and an additional special condition requiring 90 days of home confinement with electronic monitoring. The offender successfully completed electronic monitoring on September 14, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

The defendant is being cited for violating the following conditions of supervised release:

### Charge No. 1- Condition Violated

Special Condition: "The defendant shall pay restitution in the amount of $3,140.79 to the Central Connecticut Healthcare Credit Union. Payments shall be made at a rate of $60 per month, or as otherwise instructed by the Court, should the defendant's financial condition change. Restitution payments should be forward to Central Connecticut Health Credit Union, Attention Branch Manager, 1064 East Main Street, Meriden, Connecticut

06450."

The offender's last restitution payment was November 7, 2007. The offender has not paid restitution payments for the months of December 2007, January, February and March 2008. The current balance of restitution is $1,985.79.

**Charge No. 2 - Condition Violated**
Mandatory Condition: "You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer."

On January 3, 2008, the offender admitted using cocaine the day prior to meeting with the probation officer.

**Charge No. 3 - Condition Violated**
Standard Condition: "You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

The offender failed to report to the Probation Office on January 30, 2008. The offender has not submitted written monthly reports for February and March 2008.

**Charge No. 4 - Condition Violated**
Standard Condition: "You shall notify the probation officer ten days prior to any change in residence or employment."

On February 27, 2008, the probation officer was advised that the offender was no longer residing at the reported address of 632 North Colony Road in Meriden. The offender has not reported a change in residence.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 2nd day of May 2008 and ordered filed and made a part of the records in the above case.

/s/ Mark R. Kravitz, USDJ
United States District Judge

Sworn to By

Deborah S. Palmieri
Supervising United States Probation Officer

Place  New Haven, CT
Date   5-2-08

Before me, the Honorable Mark R. Kravitz, United States District Judge, on this ___2nd___ day of May 2008, Supervising U.S. Probation Officer Deborah S. Palmieri appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

/s/ Mark R. Kravitz, USDJ

The Honorable Mark R. Kravitz
United States District Judge