HONORABLE **J. Maiolis**
DEPUTY CLERK **B. Ronko**   RPTR/ECRO/TAPES
USPO **D. Yanuzzi**   INTERPRETER _____

TOTAL TIME: ___ hours **10** minutes
DATE **6/5/08**   START TIME **11:55**   END TIME **12:05**

CR. No. **02-cr-323 (MRK)**   DEFT # ____   **Steve Reynolds** AUSA
UNITED STATES OF AMERICA §
§
VS. §
§
**Humberto Zaragoza** §   **Robert Mirto**  [C]
Counsel for Defendant: CJA (C), Ret (R), PDA (P)

**PROBATION/SUPERVISED RELEASE VIOLATION HEARING**

☒ SUPERVISED RELEASE  ☒ PROBATION  ☐ COMPLIANCE HEARING (check one)

☒ Deft arrested on **6/4/08**
☐ Deft failed to appear, Bench warrant to issue
☐ Violation Hrg continued until _____ at _____
☐ Deft admits violation
☐ CJA 23 Financial Affidavit filed ☐ sealed by the Court.
☒ Court appoints _____ to represent defendant ☐ for this proceeding ☐ for entire proceeding;
CJA Appointment date: **2/1/07**.
☐ Order appointing Federal Public Defender's Office filed
☐ Court finds deft ☐ has ☐ has not violated terms of ☐ probation ☐ supervised release
☐ Probation/Supervised Release ☐ revoked ☐ continued ☐ modified
☐ _____ months imprisonment on Count(s) _____
☐ Upon release the defendant shall be on supervised release for a term of _____ years/months
☐ ☐ Supervised release ☐ probation continued for a period of _____ years/months on count(s) _____
☐ Deft shall pay a fine of $_____ on Count(s) _____ to be paid by _____
☐ Court recommends incarceration at _____
☐ Deft shall pay $_____ per month for the cost of ☐ incarceration ☐ supervised release
☐ community confinement (Halfway House)
☐ Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
☐ Deft ordered to surrender on _____ to ☐ U.S. Marshal ☐ institution
☐ Bond ☐ continued ☐ set at $_____ ☐ Non-surety ☐ Surety ☐ PR
☐ Violation sentencing set for _____
☒ Deft detained
☐ _____

☐ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE