IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
---------------------------------------------------x
                                        :
UNITED STATES OF AMERICA                :      3:02 CR 323 (MRK)
                                        :
v.                                      :
                                        :
HUMBERTO ZARABOZO                       :      DATE: JUNE 5, 2008
                                        :
---------------------------------------------------x
```

<u>ORDER OF DETENTION</u>

By agreement of counsel, the Government's motion for detention is <u>granted</u>, without prejudice to defendant filing a motion for reconsideration, at the final revocation hearing before U.S. District Mark R. Kravitz, to be scheduled shortly.

Dated at New Haven, Connecticut, this 5th day of June, 2008.


/s/Joan G. Margolis, USMJ
Joan G. Margolis
U.S. Magistrate Judge