IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
---------------------------------------------------x
                                                   :
UNITED STATES OF AMERICA         :    3:02 CR 323 (MRK)
                                 :
v.                               :
                                 :
HUMBERTO ZARABOZO                :    DATE: JUNE 5, 2008
                                 :
---------------------------------------------------x
```

## ORDER OF DETENTION

By agreement of counsel, the Government's motion for detention is <u>granted</u>, without prejudice to defendant filing a motion for reconsideration, at the final revocation hearing before U.S. District Mark R. Kravitz, to be scheduled shortly.

Dated at New Haven, Connecticut, this 5th day of June, 2008.

/s/Joan G. Margolis, USMJ
Joan G. Margolis
U.S. Magistrate Judge