Viol-Hrg(April 12, 2004)

HONORABLE _Mark R. Krantz_

DEPUTY CLERK _K. Ghilani_ RPTR/ERO/TAPE _T. Finkelstein_

USPO _D. Palmieri_ INTERPRETER _____

TOTAL TIME: _____ hours _26_ minutes

DATE _June 16, 2008_ START TIME _2:25_ END TIME _2:51_

CR. No. _3:02cR 323_ DEFT # _____

UNITED STATES OF AMERICA

vs.

_Humberto Zarabozo_

§
§
§
§
§

_Stephen B. Reynolds_ USA

_Robert C. Mirto_ [C]
Counsel for Defendant:  CJA (C), Ret (R), PDA (P)

## PROBATION/SUPERVISED RELEASE VIOLATION HEARING

[✓] SUPERVISED RELEASE  [ ] PROBATION  (check one)

[ ] . . . . . . . Deft arrested on _____

[ ] . . . . . . . Deft failed to appear, Bench warrant to issue

[ ] . . . . . . . Violation Hrg continued until _____ at _____

[✓] . . . . . . . Deft admits violation

[ ] . . . . . . . Order appointing Federal Public Defender's Office filed

[✓] . . . . . . . Court finds deft [✓] has [ ] has not violated terms of [ ] probation [✓] supervised release

[✓] . . . . . . . Probation/Supervised Release [✓] revoked [ ] continued [ ] modified

[✓] . . . . . . . ___7___ months imprisonment on Count(s)_____

[ ] . . . . . . . Upon release the defendant shall be on supervised release for a term of _____ years/months

[ ] . . . . . . . [ ] Supervised release [ ] probation continued for a period of _____ years/months on count(s) _____

[ ] . . . . . . . Deft shall pay a fine of $_____ on Count(s)_____ to be paid by _____

[✓] . . . . . . . Court recommends incarceration at _FCI Fort Dix_

[ ] . . . . . . . Deft shall pay $ _____ per month for the cost of [ ] incarceration [ ] supervised release [ ] community confinement (Halfway House)

[ ] . . . . . . . Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.

[ ] . . . . . . . Deft ordered to surrender on _____ to [ ] U.S. Marshal [ ] institution

[ ] . . . . . . . Bond [ ] continued [ ] set at $_____ [ ] Non-surety [ ] Surety [ ] PR

[ ] . . . . . . . Violation sentencing set for _____

[✓] . . . . . . . Deft detained

[ ] . . . . . . . _____

_____

_____

[ ] SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE